UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL SLATER,<br><br>　　　　　　　Defendant. | Case No. 3:19-CR-00026-LRH-CLB<br><br>ORDER GRANTING<br>MOTION FOR LEAVE TO FILE<br>REFERENCE LETTER UNDER SEAL |

CERTIFICATION

　　This Motion is timely filed.

MOTION

　　This Motion is filed pursuant to LR IA 10-5.  Good cause exists to grant this Motion as the reference letter contains personal and confidential information which would normally be unavailable for public review.

　　Respectfully submitted this 16th day of November, 2021.

　　　　　　　　　　　　　　　　　　　　　 /s/ Cheryl Field-Lang
　　　　　　　　　　　　　　　　　　　　　CHERYL FIELD-LANG
　　　　　　　　　　　　　　　　　　　　　Attorney at Law

**ORDER**

　　GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the defendant's motion to file reference letter under seal is GRANTED.

DATED:  November 16, 2021

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　United States District Judge